## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDSAY DORAY,<br>    Plaintiff<br><br>vs.<br><br>TOWN OF EAST BROOKFIELD and<br>BOARD OF SELECTMEN OF THE<br>TOWN OF EAST BROOKFIELD<br>    Defendants | CA. NO. 20-40124 |

## **NOTICE OF APPEARANCE**

    Please enter my appearance as attorney for the Defendants Town of East Brookfield and the East Brookfield Board of Selectmen.

    DEFENDANTS,
BY THEIR ATTORNEY,

/s/ *Courtney E. Mayo*
Courtney E. Mayo, Esquire
BBO # 657790
cmayo@hassettanddonnelly.com
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Phone:  (508) 791-6287

October 2, 2020

## CERTIFICATE OF SERVICE

  I, Courtney E. Mayo, counsel of record for the defendants Town of East Brookfield and the East Brookfield Board of Selectmen in this action, do hereby certify that I have served a copy of the foregoing Notice of Appearance, to all parties, by electronic mail this 2nd day of October 2020 to:

Benjamin C. Rudolf, Esquire
Murphy & Rudolf, LLP
One Mercantile Street, Suite 740
Worcester, MA 01608
brudolf@murphyrudolf.com

                /s/ *Courtney E. Mayo*
                Courtney E. Mayo, Esquire